1  ISMAIL RAMSEY (CA BAR #189820)
   RAMSEY & EHRLICH LLP
2  803 Hearst Avenue
   Berkeley, CA 94710
3  (510)548-3600
   (510)548-3601 (FAX)
4  izzy@ramsey-ehrlich.com

5  Attorneys for defendant GUOSHEN YANG

FILED

FEB 21 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR 06-70376 MEJ |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER MODIFYING RELEASE CONDITIONS |
| vs. | ) |
| GUOSHEN YANG, | ) |
| Defendant | ) |

The defendant Guoshen Yang appeared before this Court on June 16, 2006. The Court ordered the defendant released to a halfway house on $200,000 unsecured bond; and $10,000 secured bond.

The parties hereby stipulate that this Court should enter an order modifying Mr. Yang's conditions of release, allowing Mr. Yang to be released on his own recognizance. The defendant should not be required to stay at a halfway house, but should be allowed to stay at a local residence or hotel of his choosing. The defendant shall surrender his passport to this Court and shall not obtain any travel documents, including a passport, that will allow him to travel outside the United States during

STIPULATION AND [PROPOSED] ORDER
- 1 -

```
 1 | the pendency of this case.  All other conditions of release
 2 | shall remain the same.
 3 | Dated: June 19, 2006                    Respectfully Submitted,
 4 |                                         RAMSEY & EHRLICH LLP
```

ISMAIL RAMSEY
ATTORNEY FOR GUOSHEN YANG

KEVIN V. RYAN
UNITED STATES ATTORNEY

NAHLA RAJAN
ASSISTANT U.S. ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated:

HON. NANDOR VADAS
US MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
- 2 -