KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6838
    Facsimile:  (415) 436-7234
    Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-06-70376 MEJ |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL [P~~ROPOSED~~ ORDER] |
| GUOSHEN YANG, | |
| Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice.

DATED:                                               Respectfully submitted,

                                                         KEVIN V. RYAN
                                                         United States Attorney

                                                                    /s/

                                                         JONATHAN SCHMIDT
                                                         Deputy Chief, Major Crimes Division

NOTICE OF DISMISSAL (3-06-70376)

1 | Leave is granted to the government to dismiss the complaint.

4 | Date: July 10, 2006

THE HON ... CHEN
United Stat...



IT IS SO ORDERED

Judge Edward M. Chen